UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOPHIA CORTEZ,<br>　　　　　　Plaintiff,<br>　　v.<br>COUNTY OF MONTEREY, et al.,<br>　　　　　　Defendants. | Case No.  23-cv-05078-VKD<br><br>**ORDER RE SERVICE OF PROCESS ON DEFENDANT RICHARD STORMS** |

On October 17, 2023, the Court granted Ms. Cortez's application to proceed in forma pauperis and directed the Clerk of Court to issue summons and the U.S. Marshal for the Northern District of California ("USMS") to effect service of process.  Dkt. No. 8.  Defendant Richard Storms could not be served, as he apparently is no longer employed by the Monterey County District Attorney's Office.  The Court directed Ms. Cortez to provide a current address for service of process on Mr. Storms.  *See* Dkt. Nos. 26, 29.  On January 4, 2024, Ms. Cortez filed a statement providing a different address for Mr. Storms.  *See* Dkt. No. 32.

Accordingly, the Clerk of Court shall re-issue summons, with the updated address information for Mr. Storms.  Furthermore, the USMS shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Ms. Cortez's affidavit, and this order upon Mr. Storms.

**IT IS SO ORDERED.**

Dated: January 5, 2024

　　　　　　　　　　　　　　　　　　　　Virginia K. DeMarchi
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge